IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:14-CV-00268-FDW-DSC

| | | |
|---|---|---|
| YOLANDA CHISOLM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| BIOMET INC. et al., | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the "Second Joint Motion to Extend Deadline to File Stipulation of Dismissal with Prejudice" (document # 24) filed June 25, 2020. The Motion is denied.

The Court directs the parties through counsel to finalize their settlement agreement and file it with the Court on or before **August 7, 2020**. Once the Court has reviewed the settlement agreement, it will determine a deadline for the parties to file their stipulation of dismissal with prejudice.

The Clerk is directed to send copies of this Order to counsel for the parties and to the Honorable Frank D. Whitney.

**SO ORDERED**.

Signed: July 27, 2020

David S. Cayer
United States Magistrate Judge